UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CRIMINAL NO. 89-80646

v.        HONORABLE AVERN COHN

D-1, MARK GORDON,

        Defendant.
        _____/

### ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Defendant's Motion for Early Termination of Supervised Release (Doc. 2) is DENIED. While defendant's record on supervised release is satisfactory the offense for which he was convicted and his criminal history does not meet the criteria for early termination.

SO ORDERED.


Dated: September 10, 2010        S/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 10, 2010, by electronic and/or ordinary mail.

        S/Julie Owens
        Case Manager, (313) 234-5160